UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: Leksen,<br>    Debtor.<br>Soc Sec No XXX-XX-3603 | Case No. 15-11851<br>Chapter 13<br>Adversary Proceeding No. |
| KRISTI NOEL LEKSEN, aka KRISTI NOEL LEKSEN GALVIN, aka KRISTI NOEL GALVIN,<br>    Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF EDUCATION; UNITED STUDENT AID FUNDS, INC., a Delaware Corporation; NAVIENT SOLUTIONS, Inc, a Delaware Corporation and a servicer of United Student Aid Funds, Inc; The First Marble Head Corporation, a Massachusetts privately held company; The National Collegiate Funding LLC; a Delaware LLC; National Collegiate Student Loan Trusts, 1 through 15; GSS Data Services, Inc, administrator for and on behalf of National Collegiate Student Loan Trusts 1 through 15; US Bank, NA, a National Banking Association, special servicer of National Collegiate Student Loan Trusts 1 through 15; and, Transworld Systems, Inc, special subservicer of US Bank, NA for National Collegiate Student Loan Trusts 1 through 15,<br>    Defendants. | COMPLAINT TO DETERMINE DISCHARGEABILITY OF EDUCATIONAL LOAN |

COMPLAINT - 1

Mary E. Schmitt
Attorney at Law
WSBA #21530
3525 Colby Avenue, Suite 100
Everett, WA 98201-4782
425-252-5567  FAX 425-303-8925

Plaintiff, KRISTI NOEL LEKSEN, aka KRISTI NOEL LEKSEN GALVIN, aka KRISTI NOEL GALVIN (hereinafter "Plaintiff"), Debtor in the above-referenced case, through the attorney of record, Mary Schmitt, complains of defendants and shows the court as follows:

## I. PARTIES AND JURSIDICITON

1. On March 26, 2015, Plaintiff filed the voluntary petition in the United States Bankruptcy Court for the Western District of Washington under Chapter 13 of Title 11 of the United States Bankruptcy Code, whereupon an order of relief was entered.

2. Defendant, United States Department of Education (hereinafter "US Department of Education"), is on information and belief, the guarantor of the educational loans which are the subject of this proceeding.

3. Defendant, United States Aid Fund, Inc (hereinafter "USAF") is a Delaware Corporation conducting business in the State of Washington. USAF is the holder of the note for education loan #*0701 of the Federal Family Education Loan Program (hereinafter "FFELP"), a subject of this proceeding;

4. Defendant, Navient Solutions, Inc, a Delaware Corporation, (hereinafter "Navient") is the service provider for USAF for educational loan account #*0701 and is conducting business in the State of Washington;

5. Defendant, The First Marblehead Corporation is a Massachusetts privately held conducting business in the State of Washington, Defendant was the purchaser of the PNC Bank loan #*0628;

6. Defendant The National Collegiate Funding LLC, (hereinafter "National Collegiate Funding") is a Delaware LLC conducting business in the State of Washington;

7. Defendant National Collegiate Student Loan Trusts 1 through 15, are student loan trusts created by National Collegiate Funding and said trusts hold the educational loan, original PNC Bank loan #*0628, a subject of this adversary proceeding;

COMPLAINT - 2

Mary E. Schmitt
Attorney at Law
WSBA #21530
3525 Colby Avenue, Suite 100
Everett, WA 98201-4782
425-252-5567 FAX 425-303-8925

8. Defendant, GSS Data Services, Inc (hereinafter "GSS") is conducting business in the State of Washington. GSS is the administrator for and on behalf of the National Collegiate Student Loan Trusts 1 through 15;

9. Defendant, US Bank, NA, is a National Banking Association, (hereinafter "US Bank") conducting business in the State of Washington. US Bank is a special servicer for National Collegiate Student Loan Trusts 1 through 15;

10. Defendant, Transworld Systems, Inc, is conducting business in the State of Washington, and is a special subservicer to US Bank for the National Collegiate Student Loan Trusts 1 through 15;

11. This is an action to determine the dischargeability of Plaintiff's educational loans. The Court has jurisdiction over this action under 28 U.S.C. §1334. This proceeding is a core proceeding.

## II. FACTUAL ALLEGATIONS

1. The educational loans were incurred to pay expenses at Gongzaga University;

2. The educational loans owing to Defendants are listed on Schedule F of Plaintiff's bankruptcy schedules;

3. The Plaintiff received a degree in psychology in 1998 and a graduate degree in community counseling in 2005.

4. After graduation, Plaintiff married and then divorced. Plaintiff is the single parent of a minor child and the family's sole source of income.

5. Plaintiff has recently become employed in her field. However, Plaintiff's income is not sufficient to make any payments on her educational loans. Plaintiff does not anticipate ever making sufficient funds to payoff her educational loans.

## III. FIRST CAUSE OF ACTION
## DISCHARGE OF EDUCATIONAL LOANS

1. Paragraphs 1.1 through 2.3 are hereby incorporated.

COMPLAINT - 3

Mary E. Schmitt
Attorney at Law
WSBA #21530
3525 Colby Avenue, Suite 100
Everett, WA 98201-4782
425-252-5567 FAX 425-303-8925

2. Given the totality of the circumstances, any payments made on educational loans would cause great hardship to the Plaintiff and her child.

3. Excepting the educational loans from discharge would impose an undue hardship on the debtor and the debtors dependents. *11 U.S.C. §523 (8)*

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays as follows:

1. That this Court enter an Order declaring the student loan debt of the Plaintiff to be dischargeable in the bankruptcy case;

2. That this Court grant Plaintiff such other further relief as the court might deem to be just and proper.

DATED this __3rd__ day of September, 2015.

/s/Mary E. Schmitt
Mary E. Schmitt, WSBA #21530
Attorney for Plaintiff

COMPLAINT - 4

**Mary E. Schmitt**
Attorney at Law
WSBA #21530
3525 Colby Avenue, Suite 100
Everett, WA 98201-4782
425-252-5567  FAX 425-303-8925